1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   WILLIAM STICKLE,

11           Plaintiff,                    No. CIV S-08-1874 GEB DAD P

12       vs.

13   SOLTONIAN, et al.,

14           Defendants.               <u>ORDER</u>

15   _____/

16           Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17   to 42 U.S.C. § 1983, together with a request for leave to proceed in forma pauperis.

18           Plaintiff has not submitted his in forma pauperis request on a proper form.  In

19   addition, plaintiff's in forma pauperis application does not include a prison official's

20   certification.  <u>See</u> 28 U.S.C. § 1915(a)(2).  Plaintiff's incomplete application will be denied

21   without prejudice, and plaintiff will be granted thirty days to submit a new request on a proper

22   form.  Plaintiff is cautioned that the form includes a section that must be completed by a prison

23   official, and the application form must be accompanied by a certified copy of plaintiff's prison

24   trust account statement for the six-month period immediately preceding the filing of this action.

25   /////

26   /////

1

1         Accordingly, IT IS HEREBY ORDERED that:

2         1.  Plaintiff's August 12, 2008 application to proceed in forma pauperis (Doc. No.

3    2) is denied without prejudice;

4         2.  Plaintiff shall submit, within thirty days from the date of this order a properly

5    completed in forma pauperis application that includes a prison official's certification and a

6    certified copy of plaintiff's prison trust account statement for the six-month period immediately

7    preceding the filing of the complaint in this action; plaintiff is cautioned that failure to comply

8    with this order or seek an extension of time to do so will result in a recommendation that this

9    action be dismissed without prejudice; and

10        3.  The Clerk of the Court is directed to send plaintiff an Application to Proceed

11   In Forma Pauperis By a Prisoner for use in a civil rights action.

12   DATED: September 3, 2008.

13

14                            _____

                                  DALE A. DROZD

15   DAD:9                       UNITED STATES MAGISTRATE JUDGE
     stic1874.3e

16

17

18

19

20

21

22

23

24

25

26