IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM STICKLE,

      Plaintiff,                            No. CIV S-08-1874 GEB DAD P

   vs.

SOLTONIAN, et al.,

      Defendants.              <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file a completed in forma pauperis application pursuant to the court's order of September 4, 2008.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's September 19, 2008 request for an extension of time (Doc. No 7) is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file a properly completed in forma pauperis application that includes a prison official's certification

/////

/////

/////

/////

1  and a certified copy of plaintiff's prison trust account statement for the six-month period
2  immediately preceding the filing of the complaint in this action.
3  DATED: October 2, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

6  DAD:9:ak
   stic1874.36ifp