IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM STICKLE, | 2:08-CV-01874-RRC |
| Plaintiff, | **ORDER** |
| vs. | **(1) GRANTING MOTION FOR EXTENSION OF TIME TO FILE FOURTH AMENDED COMPLAINT** |
| SOLTANIAN, et al., | |
| Defendants. | **AND** |
| | **(2) DENYING MOTION FOR APPOINTMENT OF COUNSEL** |

Plaintiff's Motion for Extension of Time, filed September 16, 2013 and repeated in a motion filed November 12, 2013, is GRANTED. Any Fourth Amended Complaint is now due within 60 days of the date this order is filed.

Plaintiff's Motion for Appointment of Counsel, filed September 16, 2013, is DENIED.

Though the assistance of a lawyer might help, what needs to be done by Plaintiff Stickle at this point does not require a lawyer. If Stickle decides to file a Fourth Amended Complaint, it must allege specific facts that would allow the court to conclude that his claim is plausible. *See Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009). Specifically, Stickle must allege specific facts that could lead the court to conclude that defendants knew of and disregarded an excessive risk to Stickle's health. *See*

*Toguchi v. Chung*, 391 F.3d 1051, 1057 (9th Cir. 2004). It is not necessary at this point to provide actual evidence along with the compliant, but the complaint could include a description of evidence that would be offered in support of the claim if that would help establish the plausibility of the claim.

It is not enough just to allege that the medical care provided to Stickle was inadequate, because even if the result of treatment was unsatisfactory, it is more likely that any improper treatment was the result of poor medical judgment rather than deliberate indifference, or that there was no treatment that would have helped. In particular, Stickle cannot meet the element that the defendant "knows of and disregards an excessive risk to inmate health and safety" with bare allegations that defendants knew of and disregarded an excessive risk to Stickle's health and without an allegation of specific facts showing that it is plausible that this element has been met.

If the Fourth Amended Complaint fails to state a claim upon which relief may be granted, the case will be dismissed with prejudice.

DATED: November 18, 2013.

/s/ Richard R. Clifton
RICHARD R. CLIFTON
UNITED STATES CIRCUIT JUDGE