UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM STICKLE, | No.  2:08-cv-1874 GEB DAD P |
| Plaintiff, | |
| v. | ORDER |
| SOLTANIAN et al., | |
| Defendant. | |

On January 8, 2015, defendant Soltanian filed a suggestion of death on the record, informing the court that plaintiff William Stickle died on December 5, 2014.

Pursuant to Federal Rule of Civil Procedure 25(a)(1), successors or representatives of a deceased party may make a motion for substitution not later than ninety days after service of a statement noting death.  The court accepts the suggestion of death on the record.  Unless a motion for substitution is made within 90 days, the undersigned will recommend dismissal of this action.

**IT IS SO ORDERED.**

Dated:  March 5, 2015

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
stic1874.notice

1