UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM STICKLE,                             Plaintiff,         v. SOLTANIAN et al.,                             Defendant. | No.  2:08-cv-1874 GEB DAD P  FINDINGS AND RECOMMENDATIONS |

On January 8, 2015, defendant Soltanian filed a suggestion of death on the record, informing the court that plaintiff William Stickle died on December 5, 2014.  On March 6, 2015, this court accepted the suggestion of death on the record and noted that unless a motion for substitution was made within ninety days, the undersigned would recommend dismissal of this action.  The ninety-day period has now expired, and no motion for substitution has been filed.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed.  See Fed. R. Civ. P. 25(a)(1).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the

1

1  objections shall be filed and served within fourteen days after service of the objections.  The
2  parties are advised that failure to file objections within the specified time may waive the right to
3  appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
4  Dated:  June 16, 2015

*Dale A. Drozd* (signature)
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
stic1874.57